IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Taylor, Adriene D | Case Number: 05 B 12214 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 4/1/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 23, 2008
Confirmed: June 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 38,400.00 | |
| Secured: | | 19,234.30 |
| Unsecured: | | 13,917.83 |
| Priority: | | 0.00 |
| Administrative: | | 2,410.00 |
| Trustee Fee: | | 1,877.87 |
| Other Funds: | | 960.00 |
| Totals: | 38,400.00 | 38,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 2,799.67 | 2,799.67 |
| 4. | General Motors Acceptance Corp | Secured | 16,434.63 | 16,434.63 |
| 5. | Resurgent Capital Services | Unsecured | 2,030.42 | 2,884.94 |
| 6. | General Motors Acceptance Corp | Unsecured | 7,242.17 | 10,290.03 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 147.90 | 210.15 |
| 8. | TCF Bank | Unsecured | 66.25 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 374.93 | 532.71 |
| 10. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 11. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 12. | Pay Day Loans | Unsecured | | No Claim Filed |
| 13. | Blitt & Gaines | Unsecured | | No Claim Filed |
| 14. | Blitt & Gaines | Unsecured | | No Claim Filed |
| 15. | Insta Cash | Unsecured | | No Claim Filed |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 18. | Prince Parker & Assoc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,505.97 | $ 35,562.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 144.01 |
| 5.5% | 527.99 |
| 5% | 144.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Taylor, Adriene D

Printed:  6/24/08

Case Number:  05 B 12214
Judge:  Wedoff, Eugene R
Filed:  4/1/05

|   |   |
|---|---|
| 4.8% | 298.70 |
| 5.4% | 700.77 |
| 6.5% | 62.40 |
|  | _____ |
|  | $ 1,877.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____